UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DANIEL WILDER,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　Case No: 6:16-cv-874-Orl-41DCI

**CIRCLE K STORES, INC.,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion to Approve Settlement ("Motion," Doc. 27). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 28), in which he recommends that the confidentiality provision in the parties' agreement be stricken, but that the Motion be granted in all other respects. The parties filed a Joint Notice of No Objection (Doc. 29).

After a *de novo* review of the record in this matter, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 27) is **GRANTED in part**.

3. Paragraph 8 of the Settlement Agreement (Doc. 27-1 at 3) is **STRICKEN**. In all other respects, the parties' agreement is **APPROVED**, and this case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 10, 2017.



Copies furnished to:

Counsel of Record